# EXHIBIT   A

| U. S. Department of Justice - Drug Enforcement Administration | DEA USE ONLY |
|---|---|
| **VOLUNTARY SURRENDER OF CONTROLLED SUBSTANCES PRIVILEGES** | File No. |

With the understanding that I am not required to surrender my controlled substances privileges, I freely and under no duress, implied or express, execute this document and choose to take the actions described herein.

- ☑ In view of my alleged failure to comply with the Federal requirements pertaining to controlled substances, and as an indication of my good faith in desiring to remedy any incorrect or unlawful practices on my part;

- ☐ In view of my desire to terminate handling of controlled substances listed in schedule(s) _____;

I hereby voluntarily surrender my Drug Enforcement Administration Certificate of Registration, unused order forms, and all my controlled substances listed in Schedule(s) 2 - 5 _____ as evidence of my intent to relinquish my privilege to handle controlled substances listed in Schedule(s) 2 - 5 _____.

I understand that submission of this document to DEA, including any employee of DEA, shall result in the immediate termination of my registration (and if not all controlled substances privileges are surrendered, be issued a new registration certificate limited to Schedule(s) _____).

I understand that I am not entitled to a refund of any payments made by me in connection with my registration.

I understand that, beginning on the date that I sign below, I am not authorized to order, manufacture, distribute, possess, dispense, administer, prescribe, or engage in any other controlled substance activities whatsoever, except (if applicable) as limited above.

| NAME OF REGISTRANT *(Print)* | ADDRESS OF REGISTRANT |
|---|---|
| Samuel J. Byrd, M.D. | Vincennes, IN 47591 |

| DEA REGISTRATION NO. | | |
|---|---|---|
| SIGNATURE OF REGISTRANT OR AUTHORIZED INDIVIDUAL | DATE | 2/3/2015 |

**WITNESSES**

| NAME AND DATE | TITLE |
|---|---|
| Albert B. Wong | Partner |
| Madeline J. Lynn 2/3/15 | DIVERSION INVESTIGATOR |

PRIVACY ACT

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (21 U.S.C 821).
PURPOSE: Permit voluntary surrender of controlled substances.
ROUTINE USES: The Controlled Substances Act Registration Records produce special reports as required for statistical analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:
A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
C. Persons registered under the Controlled Substances Act (21 U.S.C. 822 and 957) for the purpose of verifying the registration of customers and practitioners.
EFFECT: Submission of this information is voluntary. There is no effect on the individual if not provided.

*Exhibit A*



**Professional Licensing Agency**
402 West Washington Street
Room W072
Indianapolis, Indiana 46204

**Michael R. Pence**
*Governor of Indiana*
**Nicholas W. Rhoad**
*IPLA Executive Director*

**Samuel Jonathan Byrd, M.D.**
**EZ Doctors Quick Care Inc.**
**1621 Willow Street**
**Vincennes IN  47591**

Dear Dr. Byrd;

The Medical Licensing Board of Indiana has received a copy of the voluntary surrender of your DEA certificate.

IC 35-48-3-5 (e) states:

(e) If the Drug Enforcement Administration terminates, denies, suspends or revokes a federal registration for the manufacture, distribution, or dispensing of controlled substances, a registration issued by the board under this chapter is **automatically** suspended.

In light of the above Indiana Code the following CSR has been placed on suspended status:
01058714B
EZ Doctors Quick Care Inc.
1621 Willow Street
Vincennes IN  47591

In Indiana, you must have both a Controlled Substance Registration (CSR) and a Federal DEA certificate in order to prescribe controlled substances. You should no longer be prescribing, administering or dispensing controlled substances to patients in this state under that CSR.

If you have any questions, please contact our office at the above email or phone number.

Regards,

Jody Edens
Assistant Board Director

MEDICAL LICENSING BOARD

Exhibit A2

# EXHIBIT     B



| | State of Indiana<br>Indiana Department of Correction | Effective Date<br><br>1/1/2016 | Page 1 of<br><br>4 | Number<br><br>A1.05 |
|---|---|---|---|---|

**HEALTH CARE SERVICES
DIRECTIVES-Adult**
Manual of Policies and Procedures

| Title |
|---|
| **OFF-SITE MEDICAL, HOSPITAL, AND SPECIALTY CARE REFERRALS** |

| Legal References<br>(includes but is not limited to)<br><br>IC 11-8-2-5   IC 34-4-12.6 | Related Policies/Procedures<br>(includes but is not limited to)<br><br>01-02-101 | Other References<br>(includes but is not limited to) |
|---|---|---|

I.    PURPOSE:

        This Health Care Services Directive presents information and guidelines on the types of interventions that are appropriate for treating certain types of conditions seen in offenders committed to the Department, and which cannot be provided on-site. Additionally, this directive presents a review mechanism for the provision of off-site medical services so that unnecessary or duplicative interventions can be avoided.

II.    GUIDELINES:

    A.    No correctional health care system can provide all necessary care through its own on-site providers and equipment. The use of specialists, off-site emergency facilities, and off-site equipment will always supplement the Department's on-site capabilities. The Department's responsibility to the public requires it to make certain that the off-site services purchased are both necessary and obtained in a cost effective fashion.

        Specialized services will generally fit one of the following categories:

            • Emergency care,
            • Diagnostic services,
            • Hospital services
            • Specialized ambulatory care

    B.    Each facility must plan in advance for the delivery of these services. These plans may reflect arrangements made on behalf of all or a group of facilities or may be local, and must be reflected in written plans and contracts, as appropriate. The

*Exhibit B1*

| HEALTH CARE SERVICES DIRECTIVES-Adult | | | |
|---|---|---|---|
| Indiana Department of Correction | | | |
| **Manual of Policies and Procedures** | | | |
| Number | Effective Date | Page | Total Pages |
| A1.05 | 1/1/2016 | 2 | 4 |
| Title | | | |
| **OFF-SITE MEDICAL, HOSPITAL, AND SPECIALTY CARE REFERRALS** | | | |

plans should also identify the manner in which 24-hour support from on call staff (physician, dentist, and mental health) will be provided.

C.     Emergency services must be provided when needed.  Patients requiring services may be transported by State vehicle or by ambulance. The determination of the type of transportation used is a clinical decision that must be made by the person who decides that off-site services are emergently necessary and documented in the electronic medical record.

Physicians, mid-level practitioners, and dentists will determine whether emergency off-site services are necessary.  On occasion, circumstances will preclude contacting a physician or dentist for authorization, but a nurse will recognize the need for emergency care.  If (when) this occurs, the nurse is authorized to send the patient off-site for care and must document the reason that care was provided without an order from a physician or dentist.

Off-site emergency transfer should be accompanied by copies of health records or other material that is obviously useful to the receiving facility.

D.     Off-site diagnostic services or off-site specialty care may be required and may (unless they are simultaneously emergencies) be reviewed and scheduled. The practitioner requesting services is expected to document in the electronic medical record the need for the proposed diagnostic intervention and to request approval from the contracted medical provider's regional medical director or designate. The review will result either in approval or suggestions regarding alternative interventions within seventy-two (72) hours.  Alternative treatment interventions/plans must be acknowledged and documented in the electronic medical record.

When the patient is sent for care, certain preparations may be necessary (especially for imaging studies) or clinical information may be useful.  Such preparation should be accomplished or information provided in order to maximize the efficiency of the off-site referral process.

E.     Hospital admission may be scheduled as part of a planned procedure or unscheduled as a result of an emergency. When Department offenders are hospitalized at off-site facilities, they must remain under direct supervision by Department Custody officers.

F.     Upon return from off-site travel, the offender should be accompanied by photocopied health records, clinic encounter forms, discharge summaries, or other

*Exhibit B2*

| HEALTH CARE SERVICES DIRECTIVES-Adult<br>Indiana Department of Correction<br>**Manual of Policies and Procedures** | | | |
|---|---|---|---|
| Number<br>A1.05 | Effective Date<br>1/1/2016 | Page<br>3 | Total Pages<br>4 |
| Title<br>**OFF-SITE MEDICAL, HOSPITAL, AND SPECIALTY CARE REFERRALS** | | | |

clinical material. This material should be reviewed immediately by clinical staff, with physician staff informed regarding the results immediately or later, as may be clinically appropriate. Care must be provided in a continuous manner.

The essential health records must be scanned into the electronic medical record as soon as possible. These documents must be acknowledged by the signature or electronic signature of a physician or mid-level practitioner.

G.  If a request for off-site referral is not approved and the on-site provider believes that the denial and alternate suggestions are inappropriate, the on-site provider must act on his/her patient's behalf. Depending upon the urgency of the problem, the provider may write or telephone the contracted medical provider's regional medical director or designated individual to discuss the patient. All such contacts must be documented in the health record.

H.  All alternative treatment recommendations shall be forwarded to the Department's Chief Medical Officer and Director of Health Services via email.

I.  Off-site providers are utilized as consultants; it is the on-site provider who must determine whether the course of care suggested by the consultant will be carried out. This determination must be documented in the heath record.

J.  Scheduling elective services is the responsibility of the health services staff. Managing scheduled transportation (including providing security to accompany travel) is the responsibility of operations staff. Both groups must work cooperatively in order to assure that services are provided in an efficient manner.

When security considerations lead to potential cancellation of a scheduled off-site medical trip, the operations staff must inform the health services staff as soon as possible. The health services staff shall advise operations staff regarding the urgency of the travel and assist to ensure that necessary care is timely provided. The site medical director or designee shall be notified of the potential cancellation in order to intervene if clinically necessary.

K.  At facilities lacking space or equipment, off-site travel for imaging studies, dental and optometry services, and so on, may be minimized by arranging for mobile services through private contractors.

L.  When specialized ambulatory care is provided through telehealth, the health professionals providing the consultation must be appropriately licensed in Indiana, credentialed, and privileged to provide specialized care. On-site health

*Exhibit B3*

| **HEALTH CARE SERVICES DIRECTIVES-Adult** | | | |
|---|---|---|---|
| Indiana Department of Correction | | | |
| **Manual of Policies and Procedures** | | | |
| Number | Effective Date | Page | Total Pages |
| A1.05 | 1/1/2016 | 4 | 4 |
| Title | | | |
| **OFF-SITE MEDICAL, HOSPITAL, AND SPECIALTY CARE REFERRALS** | | | |

services staff must adhere to the following:

- All on-site personnel who use the telehealth equipment must be trained in equipment operation and trouble shooting.
- When peripherals are used, the manufacturer's infection control procedures must be implemented in between patients.
- Offender privacy and confidentiality must be maintained in accordance with the provisions of Health Care Services Directive 2.04, "Access to Care."
- Offender consent, when necessary, is obtained in accordance with Health Care Services Directive 1.30, "Consent and Refusal."
- Documentation of the telehealth encounter is generated, either directly into the offender's medical record or through a paper consultant's report. When the consultant provides a paper report, the report shall be scanned into the electronic medical record.

III.    APPLICABILITY:

This Adult Health Care Services Directive is applicable to all facilities providing Health Services to adult offenders.


_____signature on file_____          _____
Michael A. Mitcheff, DO, MBA, CCHP      Date
Chief Medical Officer

# EXHIBIT    C

| State of Indiana<br>Indiana Department of Correction | Effective Date<br><br>6/1/2015 | Page 1 of<br><br>3 | Number<br><br>3.09 |
|---|---|---|---|

**HEALTH CARE SERVICES DIRECTIVE-ADULT**
**Manual of Policies and Procedures**

| Title<br>**MANAGEMENT OF HEPATITIS C** |
|---|

| Legal References (includes but is not limited to)<br><br>Indiana Code:<br>11-8-2-5   11-8-5-2   11-10-1-2<br>11-10-2-4   11-10-3-1   11-10-8-2<br>11-10-8-5   11-10-9-2   11-10-10-2<br>11-11-5-4   11-11-6-2 | Related Policies/Procedures (includes but is not limited to)<br><br>01-02-101   01-02-106<br>01-04-101   01-04-104<br>01-07-101 | Other References (includes but is not limited to)<br><br>ACA Health Care Standards |
|---|---|---|

I.   PURPOSE:

The purpose of this Health Care Services Directive is to provide information and guidlines concerning the management of Hepatitis C Virus (HCV) infections.

II.   GUIDELINES:

A.   General Information

HCV is the most common chronic bloodborne viral infection in the United States and correctional facilities have a disproporionate number of infected individuals. Within the Department, approximately 15-20% off arriving offenders at Intake are HCV-Antibody positive.

HCV is spread primarily by contact wih infected blood and blood products from a person infected with HCV.  Blood transfusions and shared drug paraphernalia have been identified as the main routes of the spread of HCV in the United States. Other common risk factors include receiving a blood transfusion prior June 1992,

Exhibit A-1

receiving clotting factor concentrates before 1987, hemodialysis, birth to an HCV-infected mother, tattooing and suffering a needle-stick accident from a person with HCV.  However, some individuals who acquire HCV have no known risk factors.

There is a slightly increased risk of transmission of HCV through sexual contact. Surveys have shown the spread of HCV to a spouse or partner in a stable, monogamous relationship occurs in less than 1% of partners per year.

Approximately 15-20% of patients will clear the virus spontaneously.  The majority of individuals infected with HCV will develop chronic liver disease. Once established the chronic infection rarely resolves spontaneously. The clinical course of HCV varies greatly; some individuals have no signs or symptoms and normal levels of serum enzymes, some have mild to moderate elevations in liver enzymes with an uncertain prognosis, and some have severe disease with symptoms, high viral load, and elevated serum enzymes.

B.     Screening for HCV Infection

All incoming and returning offenders shall be screened for the presence of HCV antibody in accordance with State statute.

C.     Baseline Evaluation

A baseline clinical evaluation should be completed for all offenders diagnosed with HCV within ninety (90) days of arrival at the initial chronic care clinic visit and includes, at a minimum, the following:

1.     Estimation of earliest possible date of infection; and,
2.     Targeted history and physical examination to evaluate for signs and symptoms of liver disease.

D.     Management of HCV

All infected patients, regardless of liver inflammation, shall be counseled regarding HCV disease.  This counseling shall include information on HCV infection, transmission, avoiding transmission, the nature of the HCV disease and its long-term sequelae, and the pros and cons of treatment for HCV disease.

All patients with HCV disease shall be offered vaccination against Hepatitis B and Hepatitis A, unless previous infection or vaccination has been documented, or the attending physician believes that vaccination is unnecessary or contraindicated.  All patients with HCV disease shall be offered vaccination against pneumococcus once, and against influenza annually.

Exhibit A

Informed consent for treatment must be obtained prior to initiating treatment in accordance with Health Care Services Directive 1.30, "Consent and Refusal."

Health Services staff shall manage offenders with HCV in accordance with the Federal Bureau of Prison's, "Interim Guidance for the Management of Chronic Hepatitis C Infection (attachment)."

E.     End Stage Liver Disease

Offenders in end stage liver disease secondary to HCV shall be provided with off-site consultation with a hepatologist or GI specialist for recommendations.  If a liver transplant is recommended, the offender shall be referred to the appropriate off-site provider.

III.    APPLICABILITY:

This Adult Health Care Services Directive is applicable to all facilities providing Health Services to adult offenders.

_____signature on file_____
Michael A. Mitcheff, DO, MBA, CCHP
Chief Medical Officer

_____
Date

Exhibit C 3

# EXHIBIT    D



**STATE OF INDIANA**
**Department of Correction**
Indiana Government Center - South

Michael R. Pence                    302 W. Washington Street • Indianapolis, Indiana 46204-2738                    Bruce Lemmon
Governor                    Phone: (317) 233-6984 • Fax: (317) 232-6798 • Website: www.in.gov/idoc/                    Commissioner

May 18, 2016

Edward Niksich 912883
Indiana Department of Correction
Wabash Valley Correctional Facility
6908 S Old US Highway 41
P O Box 500
Carlisle, IN 47838

Mr. Niksich:

I have received your letter for review; in your letter you have requested a consult for a liver transplant.

I have reviewed your medical record and contacted the medical staff at WVCF. Per the medical provider at your facility, you do not meet the criteria to receive a liver transplant. I recommend that you speak with your physician and have them explain your current diagnosis and treatment.

Sincerely

Thomas Hobbs, RN, BSN
Health Services Quality Assurance Manager

EOE

Exhibit D 1

# EXHIBIT E

# REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)

Approved by State Board of Accounts, 2012

**INDIANA DEPARTMENT OF CORRECTION**

230649

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☒ Prescription Refill   ☐ Mental Health   ☐ Other *(specify)* _____

Nature of complaint

Dr. Byrd what is happening with my pain medication prescription that we discussed on 4/22/16.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

P-121

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| *[signature]* | Edward Niksich | 912883 | 4/22/16 |

## TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

Request sent for approval.

## IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| *[signature]* | 4/28/16 |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?

☐ Yes   ☐ No

**TOTAL AMOUNT OF CO-PAYMENT**

$ _____

Amount of Co-payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|

# 230649

### PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:**   **White -** Health Care Chart;
**Canary -** Offender / Business Office

Exhibit E 1



**REQUEST FOR HEALTH CARE**
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

P121
N. Ksich
# 912883

INDIANA DEPARTMENT OF CORRECTION

223926

| TO BE COMPLETED BY OFFENDER |
|---|

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☑ Other *(specify)* _Chronic Care_

Nature of complaint

I am currently having abdominal pain as I had in 2015. Please reevaluate my pain medication and/or prescribe something

Thank you

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions.  I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account.  I will not receive a receipt for this withdrawal;  however, I may review the balance of my Trust Account as provided by facility procedures.

P-121

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| | Edward N. Ksich | 912883 | 2/4/16 |

| TO BE COMPLETED BY HEALTH CARE STAFF |
|---|

Response of Health Care staff

scheduled

| IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT. |
|---|

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | 08 FEB 16 |

| TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE |
|---|

| Was a new prescription provided? | TOTAL AMOUNT OF CO-PAYMENT |
|---|---|
| ☐ Yes   ☐ No | $ _____ |

| Amount of Co-Payment | Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|---|
| ☐ $5.00 Health Care Contact<br>☐ $5.00 New Prescription | | |

# 223926

| PATIENT IDENTIFICATION |
|---|

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:**   **White -** Health Care Chart;
**Canary -** Offender / Business Office

Exhibit E 2



**REQUEST FOR HEALTH CARE**
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

*P/21*

**INDIANA DEPARTMENT OF CORRECTION**

223856

| TO BE COMPLETED BY OFFENDER |
| --- |

I request Health Care Services as follows:

☐ Sick Call    ☐ Dentist    ☐ Prescription Refill    ☐ Mental Health    ☑ Other *(specify)* Chronic Care

Nature of complaint

Dr. Byrd, I am having abdominal pain in my Liver area which is waking me From sleep and causing me To stop doing activities until it passes which Takes about 15 or 20 minutes. The pain is occasional and Feels Like a stabing pain. But it does happen just about every day.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

*P-121*

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
| --- | --- | --- | --- |
| E J Nibrich | Edward Nibrich | 912883 | 1/7/16 |

| TO BE COMPLETED BY HEALTH CARE STAFF |
| --- |

Response of Health Care staff

Discuss at Chronic Care

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed *(month, day, year)* |
| --- | --- |
| | 1/8/16 |

| TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE |
| --- |

| Was a new prescription provided? | TOTAL AMOUNT OF CO-PAYMENT |
| --- | --- |
| ☐ Yes    ☐ No | $_____ |

| Amount of Co-Payment | Signature of Health Care staff | Date signed *(month, day, year)* |
| --- | --- | --- |
| ☐ $5.00 Health Care Contact ☐ $5.00 New Prescription | | |

\# 223856

| | PATIENT IDENTIFICATION |
| --- | --- |
| | Full name of patient |
| | DOC number |
| **DISTRIBUTION:** White - Health Care Chart; Canary - Offender / Business Office | Date of birth *(month, day, year)* |

Exhibit E.3



**REQUEST FOR HEALTH CARE**
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

#WVCF 219818

| TO BE COMPLETED BY OFFENDER |
|---|

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☑ Other *(specify)* Dr Byrd

Nature of complaint

Tylenol is not going to help with the pain I have in my abdomine and kidneys. So I would appreciate it if you would prescribe something for the pain.

Thank You

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions.  I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account.  I will not receive a receipt for this withdrawal;  however, I may review the balance of my Trust Account as provided by facility procedures.

P-121

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| *[signature]* | Edward Niksich | 912883 | 11/2/15 |

| TO BE COMPLETED BY HEALTH CARE STAFF |
|---|

Response of Health Care staff

We are trying to schedule x-ray, urine & bloodwork either source to investigate etiology of flank, urinet pain. X-ray show kidney stones but stones may have been passed for some time. It is difficult to know if stone are problematic as bladder studies. A weight further away from Nerdine Sulfate use. I believe your body will indeed learn to tolerate this pain much more effectively than [...]

| IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT. |
|---|

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| *[signature]* Nursing note are issued will only lead to greater issues. Pain management needed, this is also why you may not use Tramadore masking pain is a bad idea. | 11/2/2015 |

| TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE |
|---|

| Was a new prescription provided? | TOTAL AMOUNT OF CO-PAYMENT |
|---|---|
| ☐ Yes   ☑ No | $ _____ |

| Amount of Co-Payment | Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|---|
| ☐ $5.00 Health Care Contact<br>☐ $5.00 New Prescription | | |

WVCF 219818

| PATIENT IDENTIFICATION |
|---|

Full name of patient

DOC number

Date of birth *(month, day, year)*

Exhibit E 4



REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)

Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

#WVCF 219867

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☒ Other *(specify)* Chronic Care Dr. Byrd

Nature of complaint

I am still having some pain in my kidneys and The right side of my abdomen. I am not urinating Blood anymore. I haven't urinated Blood in Two or Two and a half weeks, but still have pain Both, in my kidneys and rightside of The abdomen. I believe This is all related To The LaTe stage advanced cirrhosis

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| | Edward Niksich | 912883 | 10/25/15 |

## TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

I would recommend Tylnol 325mg two tabs up to three times per day with 8z water with dosage for pain, He can purchase this off commisary

### IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?

☐ Yes   ☐ No

TOTAL AMOUNT OF CO-PAYMENT

$ _____

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

### PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth *(month, day, year)*

#WVCF 219867

**DISTRIBUTION:** **White** - Health Care Chart;
**Canary** - Offender / Business Office

Exhibit E5



## REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)

Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

228268

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☑ Other *(specify)* Dr Byrd

Nature of complaint

I am still having abdominal pain and pain in my kidneys. Can you please prescribe me some pain medication.

ALSO, what happened to you prescribing a sodium restricted (renal diet) diet as we discussed and lowering the 40mg Lasix to 20mg, so I am not using the bathroom every 15 minutes.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

P-121

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| | Edward Niksich | 912883 | 9/29/15 |

### TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

Renal Diet apparently for PH, Hypertensions and those with Kidney Disease - Specifically decline in Glomerular Filtration Rate

### IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

### TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?

☐ Yes   ☐ No

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

TOTAL AMOUNT OF CO-PAYMENT

$ _____

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|

### PATIENT IDENTIFICATION

#228288

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:**   White - Health Care Chart;
Canary - Offender / Business Office

Exhibit E-6



# REQUEST FOR HEALTH CARE
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

**INDIANA DEPARTMENT OF CORRECTION**

P 121

228274

| TO BE COMPLETED BY OFFENDER |
|---|

I request Health Care Services as follows:

☐ Sick Call  ☐ Dentist  ☐ Prescription Refill  ☐ Mental Health  ☑ Other *(specify)* _Chronic care_

Nature of complaint

I have urinated Blood yesterday and last night a few times
I have pain in my kidneys.  Please renew my pain medication.
The T3 ran out on the 22nd and miscotin on the 23rd.
I need something for the kidney pain.  please call
me over to talk to you or renew my pain medication.
Thank you

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions.  I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account.  I will not receive a receipt for this withdrawal;  however, I may review the balance of my Trust Account as provided by facility procedures.

P–121L

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| | Edward Niksich | 912883 | 9/23/15 |

| TO BE COMPLETED BY HEALTH CARE STAFF |
|---|

Response of Health Care staff

Stones actually come to kidneys this should be
my painful Best of luck  U/A urine &
ordered.

| IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT. |
|---|

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

| TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE |
|---|

Was a new prescription provided?

☐ Yes  ☐ No

**TOTAL AMOUNT OF CO-PAYMENT**

$ _____

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

#228274

| PATIENT IDENTIFICATION |
|---|

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:**  White - Health Care Chart;
Canary - Offender / Business Office

Exhibit E7



## REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)

Approved by State Board of Accounts, 2012



INDIANA DEPARTMENT OF CORRECTION

#WVCF 220235

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☑ Other *(specify)* _Chronic care_

Nature of complaint

again I am having abdominal pain. Today I urinated blood every Time I used the Bathroom. I dont care about any of your other patients who have ascites/cirrhosis. I care about me and my symptoms. I have The same abdominal pain I had in February and march. Today I urinated blood and have kidney pain. whether The Hep C virus is present or not I dont Know but obviously something is going on. Please renew my pain medication. my spleen is also inflamed. see my labs.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| *C.J. Niksich* | Edward Niksich | 912883 | 9-15-15 |

### TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

Addressed   9/15/15

### IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | 9/15/15 |

### TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?

☐ Yes   ☐ No

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

TOTAL AMOUNT OF CO-PAYMENT

$_____

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

### PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth *(month, day, year)*

#WVCF 220235

**DISTRIBUTION:** **White** - Health Care Chart;
**Canary** - Offender / Business Office

Exhibit E8

**REQUEST FOR HEALTH CARE**
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

#WVCF 220236

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☒ Other *(specify)* Chronic care

Nature of complaint

I have been diagnosed with advanced late stage cirrhosis and End stage Liver disease. I have ascites and my Labs show I'm on the verge of Liver failure. I am having abdominal pain and need my pain medication that I have been prescribed since April of 2015 and which has been working for me until now when you decided to take them without reason or physical examination. Please renew my pain meds

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| E J Nibson | Edward Nibson | 912883 | 9/10/15 |

## TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

Treatment of Hep C completed. No significant KE abdominal pain should be present. We have numerous patients with No Ascites/Cirrhosis who function about difficulty. Hep C causes abdominal pain by capsular swelling with Acute flare ups. Hep C Virus no longer present, so shouldn't be a problem. Current

## IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT

| Signature of Health Care staff | Symptoms related to cessation of opiates and will resolve | Date signed *(month, day, year)* |
|---|---|---|
|  |  | 9/16/2015 |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?

☐ Yes   ☐ No

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

TOTAL AMOUNT OF CO-PAYMENT

$ _____

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|

## PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth *(month, day, year)*

#WVCF 220236

**DISTRIBUTION:   White -** Health Care Chart;
**Canary -** Offender / Business Office

Exhibit F 9



**REQUEST FOR HEALTH CARE**
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

$P/0/$

**INDIANA DEPARTMENT OF CORRECTION**

230663

| TO BE COMPLETED BY OFFENDER |
|---|

I request Health Care Services as follows:

☐ Sick Call ☐ Dentist ☐ Prescription Refill ☐ Mental Health ☑ Other *(specify)* Dr. Byrd

Nature of complaint

I came back from Terre Haute Regional Hospital on 5/6/16 and did not see Dr. Bryd and still have yet to see him. Nobody has examed me since I have returned. The specialists at Terre Haute Hospital informed me not to be taking acetaminiphen, asprin, or ibrophen because it works my liver to hard and they prescribed morphine for my abdominal pain. As soon as I arrived here medical took me off morphine and prescribed 5mg Norco which dont work at all. Plus Norco contains acetaphenimin which is no good for my liver. Schedule me to see Dr Bryd and return my pain meds

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| *[signature]* | Edward Niksich | 912883 | 5/10/16 |

| TO BE COMPLETED BY HEALTH CARE STAFF |
|---|

Response of Health Care staff

You will be seen for Trip F/u

| IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT. |
|---|

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| *[signature]* | 5/11/16 |

| TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE |
|---|

Was a new prescription provided?

☐ Yes ☐ No

**TOTAL AMOUNT OF CO-PAYMENT**

$ _____

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|

# 230663

| PATIENT IDENTIFICATION |
|---|

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:** **White -** Health Care Chart;
**Canary -** Offender / Business Office

Exhibit E 10



**REQUEST FOR HEALTH CARE**

State Form 45913 (R3 / 9-12)

Approved by State Board of Accounts, 2012

Ni-Ksich   P121

# 912883

INDIANA DEPARTMENT OF CORRECTION

234636

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☑ Other *(specify)* Dr. Byrd

Nature of complaint

Dr. Byrd  The norco Does not work For the pain
I am having. we went Through This at New Castle, Norco Ulatram
Tylenol 3 ect. The Doses of These medications That are needed B not
Good For my Liver, Plus, The specialists at Terre Haute Regional informed me
not to Take Tylenol, ibprophen, or any NSAID; because They work my Liver
To hard. morphine is The easyest medication For my Liver. represcribe
my morphine pain medication as Doctors at Terre Haute regional did.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial *(new)* prescriptions.  I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account.  I will not receive a receipt for this withdrawal;  however, I may review the balance of my Trust Account as provided by facility procedures.

P-121

| Signature of Offender | Printed name | DOC number | Date signed *(month, day, year)* |
|---|---|---|---|
| | Edward Niksich | 912883 | 5/24/16 |

## TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

J-Recieved 5/14/16

## IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

## TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

Was a new prescription provided?

☐ Yes   ☐ No

**TOTAL AMOUNT OF CO-PAYMENT**

$ _____

Amount of Co-Payment

☐ $5.00 Health Care Contact
☐ $5.00 New Prescription

| Signature of Health Care staff | Date signed *(month, day, year)* |
|---|---|
| | |

# 234636

### PATIENT IDENTIFICATION

Full name of patient

DOC number

Date of birth *(month, day, year)*

**DISTRIBUTION:  White -** Health Care Chart;
**Canary -** Offender / Business Office

Exhibit E 10

# DEPARTMENT OF CORRECTION

**SITE: WVD**
**COMPLETED BY: Samuel J. Byrd, MD      04/01/2016 1:21 PM**

---

PATIENT:                EDWARD NIKSICH
IDOC#                   912883
DATE OF BIRTH:          04/07/1964
DATE:                   04/01/2016 1:21 PM
VISIT TYPE:             Provider Visit-scheduled

---

## History of Present Illness

This 51 year old male presents with:

**1. MDSC-ABDOMINAL PAIN**

Pt seen in MDSC for evaluation of abdominal pain.  He has completed Harvoni and Ribavirin tx with negative HCV RNA at 12 weeks indicating likely tx success.   Lab values being followed of significance include an Albumin 3.3 gm/dL, AST of 45, T. Bili of 1.8, Hgb of 12.2, Platelets of 22,000, and WBC count of 1680.  He is currently Child Pugh Class C.  He has been refusing Aldactone due to concerns regarding gynecomastia.  This is a recurring complaint of Mr. Niksich that I'm quite puzzled by.  He doesn't seem to carry a lot of fluid for Ascites to account for abdominal pain and any issue with Hepatitis C causing capsular swelling and chronic pain should no longer be an issue as I would expect liver to actually be shrinking in size with ESLD.  He does have a dilated portal vein and I guess congestion of liver could lead to capsular swelling and pain.  He was unfortunately treated for "liver pain" with Morphine Sulfate in the past.   I advised him this seemed to be a drastic measure to me as we need to know if a spike in abdominal pain due to his high risk of SBP and intraabdominal/retroperitoneal bleeding with low platelet count.  He seems to express understanding of all and agree with this rationale, but he continues to submit HCRFs for abdominal pain.  Today, he is agreeable to holding off on opiate pain management as long as he is assured this is an option given terminal state.

## Chronic Problems

Unspecified viral hepatitis C without hepatic coma
Esophageal varices with bleeding

N

## Medications Active Prior to Today's Visit

| Elsewhere | Start Date | Refilled | Medication Name | Sig Desc |
|---|---|---|---|---|
| N | 03/03/2016 | 02/23/2013 | Prilosec 20 mg capsule,delayed release | Take one capsule by mouth daily-not at new order; changed to KOP from DOT per Dr. Byrd |
| N | 02/25/2016 | 01/13/2016 | Cipro 500 mg tablet | Take one tablet by mouth daily- per Dr. Byrd to change to KOP. |
| N | 02/25/2016 | 01/07/2016 | potassium chloride ER 20 mEq tablet,extended release | Take one tablet by mouth two times per day-med changed to KOP per Dr. Byrd |
| N | 01/22/2016 | 02/23/2013 | lactulose 10 gram/15 mL oral solution | Take 30 ml by mouth twice daily |
| N | 01/14/2016 | 02/23/2013 | Lasix 40 mg tablet | Take one tablet by mouth two times per day |
| N | 01/14/2016 | 12/18/2015 | Aldactone 100 mg tablet | Take one tablet by mouth two times per day |

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|

*Exhibit E-12*

No Known Drug Allergies

## Review of Systems
**Constitutional:**
Positive for:
- Fatigue.

Negative for chills, fever, malaise, night sweats and weight gain.

**Respiratory:**
Negative for cough, dyspnea, known TB exposure and wheezing.

**Cardiovascular:**
Positive for:
- Edema.

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**
Positive for:
- Abdominal pain.

Negative for blood in stool, change in stool pattern, constipation, decreased appetite, diarrhea, heartburn, nausea and vomiting.

**Genitourinary:**
Negative for dysuria and hematuria.

**Neuro/Psychiatric:**
Negative for headache.

**Dermatologic:**
Negative for rash.

**Hematology:**
Positive for:
- Easy bruising.

Negative for easy bleeding and lymphadenopathy.


## Vital Signs
**Height**

| Time | ft | in | cm | Last Measured | Method | % |
|------|-----|-----|-----|---------------|--------|---|
| 1:22 PM | 5.0 | 6.0 | .0 | 04/01/2016 | carried forward | |

**Weight / BSA / BMI**

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|------|-----|-----|-----|---------|---|-----------|--------|
| 1:22 PM | 166.0 | | | dressed with shoes | | 26.79 | |

**Blood Pressure**

| Time | BP | Position | Side | Site | Method | Cuff Size |
|------|-----|----------|------|------|--------|-----------|

EXHIBIT E 13

| 1:22 PM | 155/87 | sitting | right | | automatic | adult |

**Temp / Pulse / Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|------|--------|--------|-----------|-----------|---------|----------|
| 1:22 PM | 97.4 | | | 97 | | 18 |

**Pulse Ox / FiO2**

| Time | Pulse Ox Rest % | Pulse Ox Amb % | O2 Sat | O2 LPM | Timing | FiO2 % | L/min | Delivery Method |
|------|-----------------|----------------|--------|--------|--------|--------|-------|-----------------|
| 1:22 PM | 98 | | RA | | | | | |

**Measured By**

| Time | |
|------|--|
| 1:22 PM | Lesa M. Fritzinger, MA |

**Physical Exam**

**Constitutional:**
Overall appearance is chronically ill-appearing.

**Nose / Mouth / Throat:**
Oropharynx:  No pharyngeal erythema or exudates or mucosal lesion

**Neck / Thyroid:**
Inspection reveals symmetry.  Palpation reveals trachea midline and mobile. No thyromegaly or thyroid nodules detected.

**Respiratory:**
Chest can be described as symmetric. Lungs clear to auscultation. Respiratory effort is normal.

**Cardiovascular:**
Extra Sounds:  None.
Murmurs:  None.
Rate and Rhythm:  Heart rate is regular.  Rhythm is regular.
JVD is absent. No edema is present.

**Vascular:**
Pulses
Dorsalis pedis pulses: normal.

**Abdomen:**
Abdomen is not obese.
Symmetric - no distention.  Bowel sounds present, no bruits.  Normal percussion.
There is mild and upper abdominal tenderness.
No hepatic enlargement.
Splenic enlargement is present 2 cm below margin.
Negative for hepatojugular reflux.
Negative for Murphy's sign.

**Integumentary:**
General inspection reveals jaundice,

**Extremities:**
Dorsalis pedis pulses: normal.
No edema is present.

**Assessment/ Plan**

Exh. 0. T E 14

**Abdominal Pain** (789.0)
**Chronic liver disease and cirrhosis** (571)

**Plan Comments**
Advised given terminal state, a request for opiate treatment would be reasonable, however, this will have to be evaluated/approved by RMD.  Compliance with Aldactone discussed.  Advised he may consider applying for medical clemency/compassionate clemency.

**Medications (added, continued or stopped this visit)**

| Medication Name | Sig Desc | Comment |
|---|---|---|
| Aldactone 100 mg tablet | Take one tablet by mouth two times per day | |
| Cipro 500 mg tablet | Take one tablet by mouth daily- per Dr. Byrd to change to KOP. | |
| lactulose 10 gram/15 mL oral solution | Take 30 ml by mouth twice daily | |
| Lasix 40 mg tablet | Take one tablet by mouth two times per day | |
| potassium chloride ER 20 mEq tablet,extended release | | Take one tablet by mouth two times per day-med changed to KOP per Dr. Byrd |
| Prilosec 20 mg capsule,delayed release | Take one capsule by mouth daily-not at new order; changed to KOP from DOT per Dr. Byrd | |

**Office Services**
**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 04/01/2016 | Continue current medication | |
| completed | 04/01/2016 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 04/01/2016 | Discussed non compliance Aldactone | |
| completed | 04/01/2016 | Patient education provided and patient voiced understanding | |

**Provider:  Samuel J. Byrd MD  04/05/2016 5:15 AM**

**Document generated by: Samuel J. Byrd, MD 04/05/2016 5:15 AM**

NAME:  NIKSICH, EDWARD
NUMBER:  912883
D.O.B.:  04/07/1964

Exhibit E 15